UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MACIO COLEMAN,<br><br>                       Plaintiff<br><br>    v.<br><br>JEREMY REESE, et al.,<br><br>                       Defendants | Case No. 2:25-cv-00606-GMN-BNW<br><br>ORDER |

**I.     DISCUSSION**

According to the Nevada Department of Corrections ("NDOC") inmate database, Plaintiff is no longer at the address listed with the Court and mail from the Court is being returned as undeliverable. (ECF Nos. 4, 5). The Court notes that pursuant to Nevada Local Rule of Practice IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." Nev. Loc. R. IA 3-1.  This Court grants Plaintiff **until May 28, 2025**, to file his updated address with this Court.

Additionally, pursuant to this Court's April 7, 2025, order, Plaintiff must also file either the full $405 filing fee or a complete application to proceed *in forma pauperis* to proceed with this action. (ECF No. 3). Because Plaintiff is now located at Lovelock Correctional Center ("LCC"), Plaintiff may use the new application to proceed *in forma pauperis* for LCC inmates.  Plaintiff is directed to either pay the full filing fee or file a complete application to proceed *in forma pauperis* for an inmate at LCC **by May 28, 2025**.

**II.     CONCLUSION**

For the foregoing reasons, IT IS ORDERED that Plaintiff will file his updated address with the Court **on or before May 28, 2025**.

1         It is further ordered that Plaintiff will either pay the full $405 filing fee or file a fully complete application to proceed *in forma pauperis*, which includes pages 1–3 of the Court's approved form and is properly signed by Plaintiff on page 3 **on or before May 28, 2025**.

        IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, this case will be subject to dismissal without prejudice.

        The Clerk of the Court is directed to send Plaintiff courtesy copies of: (1) the docket sheet; (2) the advisory letter (ECF No. 2); (3) this Court's earlier order (ECF No. 3); and (4) the approved form application to proceed *in forma pauperis* by an inmate at NNCC or LCC and instructions for the same.

        The Clerk of the Court is directed to send Plaintiff courtesy copies of this order and attachments to Plaintiff at Lovelock Correctional Center.

        DATED: April 28, 2025.

        _____
        UNITED STATES MAGISTRATE JUDGE